UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 27

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Channel RUELAS,<br><br>Defendant(s) | Magistrate Case No. 08 MJ 2639<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal<br>Aliens |

The undersigned complainant, being duly sworn, states:

On or about **August 25, 2008**, within the Southern District of California, defendant **Channel RUELAS** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Humberto OLIVERAS-Carreno, Rene MEZA-Herrera,** and **Jaziel Fernando SANTAMARIA-Alvarado** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS <u>27th</u> DAY OF <u>**AUGUST, 2008**</u>

_____
William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

8/25/08

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Humberto OLIVERAS-Carreno, Rene MEZA-Herrera,** and **Jaziel Fernando SANTAMARIA-Alvarado** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 25, 2008, members of the San Diego Sector Smuggling Interdiction Group (SIG) were conducting anti-smuggling operations near Pine Valley, California. This area is located approximately eight miles east of the Tecate, California Port of Entry and twelve miles north of the United States-Mexico International Border.

At approximately 7:30 p.m., Agent A. Hurtado observed what appeared to an undocumented alien crossing Sunrise Highway near Mile Marker 14. Agent Hurtado noted that the individual running across the highway appeared to be carrying a backpack with water. Agent Hurtado notified Agent D. Spear, who at the time was operating an infrared scope on a highpoint overlooking Interstate 8 and various parts of the Sunrise Highway.

Agent Spear was able to observe ten individuals moving from the area of Sunrise Highway on foot through the heavy brush. Agent Spears observed what he believed to be the same group of ten individuals come to a stop about fifteen meters north of Interstate 8, approximately one half of a mile west of the Sunrise Highway/Interstate 8 westbound on-ramp

At approximately 8:30 p.m., Agent Spear observed the group of ten individuals who were hiding in the brush north of Interstate 8 move toward the Interstate shoulder from their concealed position. Shortly thereafter, Supervisory Border Patrol Agent M. Hansen observed a dark blue Chevrolet Suburban exit eastbound Interstate 8 at the Sunrise Highway Exit, only to re-enter the Interstate 8 westbound. Agent Hansen alerted SIG agents in the area as to a possible load vehicle traveling westbound on the Interstate and began conducting mobile surveillance on the blue Chevrolet.

While conducting mobile surveillance on the blue Suburban, Agent M. Bergin observed the Suburban pull to the shoulder of the westbound lanes on Interstate 8 where Agent Spear was maintaining visual observation on the group of ten individuals hiding in the brush. As Agent Bergin passed the Suburban, he observed several people run from the brush and enter the Suburban. Agent Hansen fell in behind the Suburban as it re-entered the travel lanes of westbound I-8 and maintained mobile surveillance of the now loaded Suburban. Agent Hansen observed that the Suburban swayed excessively and the driver appeared to be having difficulties maintaining a straight line of travel. Agent Hansen then proceeded ahead of the Suburban in preparation to deploy a controlled tire deflation device (CTDD) if needed.

As the Suburban was approaching Tavern Road, SIG Agent H. Cuevas pulled alongside and was able observed a Hispanic female driver behind the wheel. At approximately 8:55 p.m., Border Patrol Agent F. Rivera, driving a marked Agency sedan with fully functional emergency lights and audible siren, attempted to perform a vehicle stop on the loaded Suburban on westbound Interstate 8 near the Tavern Road exit. The driver of the Suburban failed to yield. As the Suburban came into view of the CTDD the driver of the Suburban swerved onto the shoulder of the Interstate approximately one mile east of the Dunbar Lane exit.

**CONTINUATION OF COMPLAINT:**
Channel RUELAS

Immediately upon the Suburban's abrupt stop on the shoulder of the Interstate, ten individuals fled from the vehicle running northbound into the surrounding brush. The fleeing subjects ran into a steep canyon. Border Patrol Agents F. Rivera and B. Blanchard engaged the ten individuals in foot pursuit. The driver remained behind the wheel.

Agent Cuevas approached the driver of the Suburban and identified himself as a United States Border Patrol Agent to the driver later identified as the defendant **Channel RUELAS.** After a brief foot chase, Border Patrol Agents F. Rivera and B. Blanchard apprehended five of the ten individuals running into the brush from the Suburban and identified themselves as United States Border Patrol Agents. Agents Rivera and Blanchard questioned the five individuals as to their citizenship. All five individuals admitted to being citizens and nationals of Mexico, not in possession of valid immigration documentation that would enable them to enter or remain in the Untied States legally. At approximately 9:30 p.m., all five individuals were arrested under 8 USC 1325 Entry without Inspection, while the defendant Channel RUELAS was then placed under arrest under suspicion of 8 USC 1324 Alien Smuggling. An extensive search of the area failed to produce the remaining five individuals.

**DEFENDANT STATEMENT:**

Defendant Channel Ruelas was advised of her Miranda rights and was willing to make a statement without an Attorney present. RUELAS stated that she is a United States Citizen.

When questioned about the events that led to her arrest today, RUELAS stated that she recently separated from her husband and that she was going through financial and family hardships. According to RUELAS she began to apply for jobs at different locations along Whittier Boulevard in Los Angeles approximately three weeks ago. While filling out an application at a local Target Store she was approached by an elderly Hispanic female who identified herself as "Maria".

Maria asked her if she was interested in earning quick money dropping off cars in San Diego. RUELAS was cognizant of the high probability that the line of work being offered would more than likely be unlawful but felt she had no other choice but to agree to the proposal.

RUELAS stated that she was contacted the next morning by Maria and was told to meet with her at the McDonald's Restaurant located near the intersection of Whittier and Paramount Boulevard in about an hour. They met at the parking lot of the restaurant and RUELAS was again asked if she would be willing to drive and drop off a vehicle in San Diego for $400.00. RUELAS agreed even though she strongly believed that the vehicle was probably loaded with drugs.

As for today's event, RUELAS was once again contacted by Maria and asked if she would be willing to take another vehicle to San Diego like last time. RUELAS once again agreed and met with Maria at the same McDonald's parking lot as before. They proceeded to drive south and this time stopped at a Mobil gas station near San Diego where she was given a blue Chevrolet sport utility vehicle. RUELAS and Maria traveled in tandem to the Viejas Casino in Alpine, California, where according to RUELAS she was told by Maria there was a change of plans. According to RUELAS she was now required to pick up an unknown person and bring him or her back north to Los Angeles. RUELAS was instructed to continue driving east on Interstate 8 and turn around at the Sunrise Highway exit only after picking up that unknown person.

CONTINUATION OF COMPLAINT:
Channel RUELAS

UELAS followed directions as told to her by Maria and pulled over to the side of the road. She was then startled when the vehicle she was driving was suddenly rushed by Spanish speaking people whom she describes as dirty and bad smelling. RUELAS then stated that even though she was convinced she was now involved in a serious criminal act, she didn't feel safe leaving the vehicle and becoming stranded in the middle of nowhere.

RUELAS admitted that she initially refused to yield to the agents and continued traveling north until the vehicle came to an abrupt stop one mile east of the Dunbar Lane exit on Interstate 8.

RUELAS admitted that she was to be paid an extra $200.00 on top of the initial $400.00 from the original deal, for transporting the undocumented aliens back north.

## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Humberto OLIVERAS-Carreno, Rene MEZA-Herrera,** and **Jaziel Fernando SANTAMARIA-Alvarado** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. The material witnesses stated that they were to pay between $1,800.00 to $2000.00 (USD) to be smuggled into various part of the United States.

_____
James Trombley
Senior Patrol Agent

_____
William McCurine Jr.
U.S. Magistrate Judge

8/27/08
Date